JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>RUTH MEHLER, in her individual and representative capacity as trustee of the Ruth Mehler Revocable Trust; CORBIN LAWNMOWER SHOP, INC.; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-02706-RGK-JPR<br><br>**ORDER** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 25, 2015

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal        Case: 2:15-CV-02706-RGK-JPR